

U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

FILED
2005 NOV -4  A 9: 46
U.S. DISTRICT COURT
NEW HAVEN, CT

*U.S. Custom House*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

September 1, 2005

The Honorable Ellen Bree Burns
Senior Judge for the United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

    RE: Brandon Edwards
        Register Number: 14963-014
        Docket Number: 3:02cr305(EBB)

Dear Judge Burns:

    The Bureau strives to administer sentences with the intent of the sentencing Court and with the goals of the criminal justice system. As a result of the decision in Barden v. Keohane, 921 F.2d 476 (3rd Cir. 1990), the Bureau of Prisons considers an inmate's request to award prior custody credit toward a federal sentence for time spent in service of a state sentence, as a request for a "Nunc Pro Tunc" designation. Mr. Edwards submitted his request to our office pursuant to Bureau of Prisons Program Statement 5160.05, Designation of State Institution for Service of Federal Sentence.

    Our records reveal Mr. Edwards was in primary custody of the State of Connecticut pending charges for possession of narcotics, marijuana and drug paraphernalia, operating a drug factory, possession with intent to sell, weapons in a motor vehicle, alteration of a firearm identification, when he was "borrowed" by the Marshals Service pursuant to a Federal Writ of Habeas Corpus Ad Prosequendum on the above docket. On May 13, 2003, he was sentenced in Your Honors Court to 60 months, for possession of a firearm by a convicted felon, 18 U.S.C. §922(g)(1). He was then returned to state custody and a detainer was lodged based on the federal sentence. On May 22, 2003, the state of sentenced him to a term of 4 years for the earlier mentioned charges, concurrent to any sentence serving at the time. On January 28, 2005, Mr. Edwards was paroled from the state sentence to the U. S. Marshals custody for service of his federal sentence.

The Honorable Ellen Bree Burns
September 1, 2005
Page Two

    This office understands that the federal Court was made aware of the existing state charges via the Pre-Sentence Investigation Report and the Writ of Habeas Corpus. At the time of federal sentencing, comments or recommendations were not made to the effect of how the federal sentence should run in relation to the yet to be imposed state sentence.

    It is the preference of the Bureau of Prisons that the federal sentencing Judge be given an opportunity to make a recommendation which, while not binding, can be helpful in our determination of whether to grant or deny a request for nunc pro tunc designation. Should the designation be granted, the Bureau will commence Mr. Edwards' federal sentence on the date imposed, May 13, 2003, resulting in a projected release date of earlier then currently computed. If it was the Court's intent that the federal sentence run consecutive to the state sentence, the federal projected release date of May 6, 2009, will remain as currently computed.

    Please advise us as to the Court's intent at the time of sentencing or, in the absence of such intent, whether the Court now objects to the concurrent running of the federal sentence.

    Your assistance in this matter is greatly appreciated. If you need further information, please feel free to contact me at (215) 521-7370.

                                         Sincerely,

                                           Fernando J. Messer
                                           Regional Inmate Systems Administrator

____ I object

__✓__ I do not object

_____
The Honorable Ellen Bree Burns
Senior U.S. District Judge for the District of Connecticut

cc: Shawn J. Chen, AUSA
    Jacqueline Carroll, USPO
    ISM
    Inmate