# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. BRANDON EDWARDS                                    FILED  Docket No. 3:02CR00305(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

2008 AUG 12 P 2: 25

**COMES NOW** Paul Collette, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Brandon Edwards, who was sentenced to 60 months' imprisonment for a violation of 18 U.S.C. §§ 922(g)(1), Possession of a Firearm by a Convicted Felon, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, for the District of Connecticut, on May 13, 2003, who fixed the period of supervision at 3 years which commenced on December 1, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either in or out patient, as determined appropriate by the United States Probation Office which shall include random urinalysis. 2) The defendant shall participate in a mental health treatment program, either in or out patient, as determined appropriate by the United States Probation Office. 3) The defendant shall participate in an employment readiness program or vocational program training and he shall obtain full-time employment. The defendant shall pay some or all of any treatment as directed by the USPO. The defendant's supervision is scheduled to terminate on November 30, 2009.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Condition Violated
Standard Condition: "The defendant shall not commit another Federal, state, or local crime."

The defendant was arrested by the New Haven Police Department, New Haven, Connecticut, on July 11, 2008, after being observed tossing a bag into the front seat of a vehicle he was reportedly driving. Officers recovered a baggie which contained approximately 6.1 grams of crack-cocaine. Mr. Edwards was charged with Possession of Narcotics, Possession of Narcotics with Intent to Sell, Possession of Narcotics within 1500 of a School, Possession of Narcotics within 1500 Feet of a School with Intent to Sell. He was released on a $50,000 surety bond. The matter remains pending in New Haven Superior Court in New Haven, Connecticut, and his next court date is August 14, 2008.

Charge No. 2 - Condition Violated
Standard Condition: "The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."

On July 18, 2008, the defendant tested positive for the presence of marijuana. He admitted to using illicit substances approximately one week prior to his office visit. At the time of the initial test, Mr. Edwards tested positive via TestCup, which rendered a positive result for THC.

**PRAYING THAT THE COURT WILL ORDER** a summons directing Brandon Edwards to appear before this Court at New Haven, Connecticut on _____ at _____ to show cause why supervised release should not be revoked.

## ORDER OF COURT

Considered and ordered this ___12th___ day of August 2008, and ordered filed and made a part of the records in the above case.

/s/ Ellen Bree Burns, SUSDJ
_____
The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By _____

_____
Paul Collette
Senior United States Probation Officer

Place____New Haven, CT____

Date____8/12/08____

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this ___12th___ day of August 2008 at New Haven, Connecticut, Senior U.S. Probation Officer Paul Collette appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Ellen Bree Burns, SUSDJ
_____
The Honorable Ellen Bree Burns
Senior United States District Judge

FILED 2008 AUG 12 P 2:27 U.S. DISTRICT COURT NEW HAVEN, CT

JPM