Minutes

HONORABLE **Ellen Burns** Viol Hrg (May 22, 2007)
DEPUTY CLERK M. Ruocco  RPTR/ECRO/TAPE I. Sanchez
USPO P. Coletti   INTERPRETER _____

TOTAL TIME: ____ hours **20** minutes
DATE **9/9/08**    START TIME **9:15**   END TIME **9:35**

CR. No. **3:02cr305**    DEFT # **1**

UNITED STATES OF AMERICA          **David Huang** AUSA
vs.
**Brandon Edwards**

**Jon Einhorn** [C]
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[X] SUPERVISED RELEASE   [ ] PROBATION   [ ] COMPLIANCE HEARING (check one)

[ ] Deft arrested on _____
[ ] Deft failed to appear, Bench warrant to issue
[ ] Violation Hrg continued until _____ at _____
[X] Deft admits violation **#2**
[ ] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
[ ] Court appoints _____ to represent defendant [ ] for this proceeding [ ] for entire proceeding;
_____ CJA Appointment date: _____
[ ] Order appointing Federal Public Defender's Office filed
[ ] Court finds deft [ ] has [ ] has not violated terms of [ ] probation [ ] supervised release
[ ] Probation/Supervised Release [ ] revoked [ ] continued [ ] modified
[X] **1yr + 1 day** months imprisonment on Count(s) _____
[ ] Upon release the defendant shall be on supervised release for a term of _____ years/months
[ ] [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s)
[ ] Deft shall pay a fine of $ _____ on Count(s) _____ to be paid by _____
[ ] Court recommends incarceration at _____
[ ] Deft shall pay $ _____ per month for the cost of [ ] incarceration [ ] supervised release
[ ] community confinement (Halfway House)
[ ] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
[X] Deft ordered to surrender on **10/21/08 at 10:00** to [ ] U.S. Marshal [X] institution **or to USMS NH if can't get there**
[ ] Bond [ ] continued [ ] set at $ _____ [ ] Non-surety [ ] Surety [ ] PR
[ ] Violation sentencing set for _____
[ ] Deft detained
[X] **No further supervision will follow. Supervision will continue until surrender date.**

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE